Bruce Brewer, OSB No. 925581
brucebrewerusdccases@gmail.com
PO Box 421
West Linn, OR 97068
503-621-6633
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

**MARIA LEWIS,**                                       Case No.: 6:15-cv-00593-SB

         Plaintiff,

vs.                                                                         ORDER

**COMMISSIONER of Social Security,**

         Defendant.

It is ORDERED that an attorney fee in the amount of $18,268.00 is hereby awarded to Plaintiff's attorney, Bruce Brewer, pursuant to 42 U.S.C. § 406(b). The court finds this is a reasonable fee. Previously, this Court awarded a fee of $9,475 pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. ECF#47. When issuing the § 406(b) check, the Social Security Administration is ordered to subtract the amount of any EAJA fee previously paid and to send the balance, minus any user fee, by check made payable to Bruce Brewer to him at PO Box 421, West Linn, OR 97068. Any amount withheld after all administrative and court attorneys fees are paid should be released to Plaintiff.

ORDERED this _23rd_ day of _August_, 2017

_____
The Honorable Stacie F. Beckerman
U.S. District Court Judge

Presented by:
Bruce W. Brewer, OSB No. 925581
503-621-6633

ORDER - Page 1